B3B (Official Form 3B) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re: Brittany Nash  
Debtor(s)

Case No. 11 B 30058

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 74.75   on or before August 19, 2011

$ 74.75   on or before September 20, 2011

$ 74.75   on or before October 20, 2011

$ 74.75   on or before November 18, 2011

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: July 25, 2011

*Pamela S Hollis*  
United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number:   11 B 30058
Case Name:     Brittany Nash

I, Shenitha Burton, Relief Courtroom Deputy to the Honorable Pamela S. Hollis, do hereby certify that on the 25th day of July, 2011, I caused to be served via the Court's Electronic Notification or via First Class mail (**) a true and correct copy of:

Order Denying Debtor's Application For Waiver Of The Chapter 7 Filing Fee Dated July 25, 2011

to each of the following named individuals:

**Brittany Nash** (**)

2946 West 140th Street

Blue Island, Illinois 60406

*Debtor*


**Gus A Paloian**

Seyfarth, Shaw, Et Al

131 South Dearborn Street, Suite 2400

Chicago, Illinois 60606

*Trustee*


**Patrick S Layng**

Office of the U.S. Trustee, Region 11

219 South Dearborn Street

Room 873

Chicago, Illinois 60604

*U.S. Trustee*


Shenitha Burton
Relief Courtroom Deputy